# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0210.  BLANCH DAVIS, et al. v. PHH MORTGAGE CORPORATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling against "Blanch Davis or Occupant," Blanch Davis purported to appeal the magistrate court's decision to the superior court.[1]  On December 10, 2014, the superior court dismissed the appeal.  Davis filed this application on December 23, 2014. We lack jurisdiction.

An application for discretionary appeal generally may  be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory judgment. Pursuant to OCGA § 44-7-56, appeals from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Because Davis filed her notice of appeal 13 days after the superior court's order was entered, it is untimely. Accordingly, we lack jurisdiction to review this application, which is hereby DISMISSED.

---

[1] Blanch Davis, a tenant at sufferance following foreclosure, is apparently deceased.  Rather than filing a suggestion of death or a substitution of parties as the law requires, Davis's attorney continued litigation in her name. See OCGA § 9-11-25 (a). Arguably, Davis's death renders the matter moot. But it appears that Davis's daughter, Monica Davis, continues to occupy the property. Thus, we have not dismissed the application as moot.  See OCGA § 5-6-48 (b) (3).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __01/16/2015__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____, *Clerk.*